IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

FILED
DEC 20 2018
U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

UNITED STATES OF AMERICA,

Plaintiff,

v.

Alexis D. Shelman,

Defendant.

Violation No. 3:18-PO-10
(TRUMBLE)

## PLEA AGREEMENT

Defendant agrees to plead guilty to Entering premises under the influence of alcoholic beverages, in violation of 38 C.F.R. § 1.218(b)(16), violation number 6180094.

Defendant agrees to a sentence of time served.

Defendant agrees to pay a fine of $ 0.00 ~~plus $30.00 court costs.~~

The United States agrees to dismiss the remaining charges, if any, which are violation numbers 6180093 and 6180095.

Lara K. Omps-Botteicher
Assistant United States Attorney

Date: 12/20/18

Alexis Shelman
Defendant

Date: 12/20/18